IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAURENCE HAROLD ALBRECHT,

          Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

          Defendant.

ORDER

15-cv-342-wmc

---

    Pursuant to a joint motion for remand (dkt. #10) filed by the parties on November 19, 2015, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation. The clerk of court is directed to enter judgment accordingly.

    Entered this 19th day of November, 2015.

                        BY THE COURT:

                        /s/
                        _____
                        WILLIAM M. CONLEY
                        District Judge