IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAURENCE HAROLD ALBRECHT,

        Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.

                                               Case No. 15-cv-342-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Laurence Harold Albrecht remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

      s/ V. Olmo, Deputy Clerk                           11/19/2015
Peter Oppeneer, Clerk of Court                         Date