IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAURENCE HAROLD ALBRECHT,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

v.

                                            Case No. 15-cv-342-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Laurence Harold Albrecht attorney fees and costs in the amount of $4,824.58 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ V. Olmo, Deputy Clerk | 2/17/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |